[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-14042

Non-Argument Calendar

_____

BILL V. YPSILANTIS,

Plaintiff-Appellant,

*versus*

SECRETARY, U.S. DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:22-cv-61514-BB

2                    Opinion of the Court                    23-14042

———————————————

Before Branch, Luck, and Lagoa, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Bill Ypsilantis appeals from the district court's order granting, in part, the motion for summary judgment filed by the Secretary, U.S. Department of the Treasury and the Internal Revenue Service on two of his three claims. We lack jurisdiction to review the order because it is not a final order adjudicating all of the claims raised by Ypsilantis, as his third claim remains pending in the district court. *See* 28 U.S.C. § 1291; *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012). Moreover, the district court did not certify its order under Rule 54(b). *See* Fed. R. Civ. P. 54(b).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.